Christopher LEE, Plaintiff–Appellant

v.

Tyler PRICE and Douglas Yorke, Defendants–Appellees.

No. 10–2859.

United States Court of Appeals, Seventh Circuit.

April 27, 2011.

Christopher Lee, Wheeling, IL, pro se.

Deborah L. Ahlstrand, Office of the Attorney General, Chicago, IL, for Defendants–Appellees.

Before MICHAEL S. KANNE, Circuit Judge, DIANE S. SYKES, Circuit Judge and JOHN DANIEL TINDER, Circuit Judge.

**ORDER**

Upon consideration of the **PLAIN-TIFF/APPELLANT CHRISTOPHER LEE'S MOTION FOR CLARIFICA-TION,** filed on April 20, 2011, by the pro se appellant,

**IT IS ORDERED** that the final order issued on April 14, 2011 is **WITHDRAWN** and the judgment is **VACATED.**